UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WOODBURY AUTOMOTIVE WAREHOUSE
ENTERPRISES, LLC,

                    Plaintiff,

           v.

GENUINE PARTS COMPANY, INC., D/B/A
NATIONAL AUTOMOTIVE PARTS
ASSOCIATION,

                    Defendant.

RULE 7.1 STATEMENT



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Genuine Parts Company states that Genuine Parts Company has no parent corporation and no publicly held corporation owns 10% or more of Genuine Parts Company's stock.

Dated: New York, New York
       August 27, 2008

                                          ALSTON & BIRD LLP

                                          Karl Geercken (KG 5897)
                                          Naeemah Clark (NC 4961)
                                          90 Park Avenue
                                          New York, New York 10016
                                          (212) 210-9400