UNITED STATES DISTRICT COURT
SOUTHERNN DISTRICT OF NEW YORK

---

WOODBURY AUTOMOTIVE WAREHOUSE
ENTERPRISES, LLC,

                           Plaintiff,

              v.

GENUINE PARTS COMPANY, INC., D/B/A
NATIONAL AUTOMOTIVE PARTS
ASSOCIATION,

                           Defendant.

<u>AFFIDAVIT OF SERVICE</u>

08 CV 7574 (DC) (KNF)

---

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

      Michael Malloy, being duly sworn, deposes and says: that he is over eighteen years of age, that he is not a party to this action and that he is employed by Alston & Bird LLP, the attorneys for the defendant herein.

      On August 27, 2008, deponent served the NOTICE OF REMOVAL, CIVIL COVER SHEET, RULE 7.1 STATEMENT, INDIVIDAUAL PRACTICES OF JUDGE DENNY CHIN and the INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE KEVIN NATHANIEL FOX upon J. Ceasar Galarza of Galarza Law Office, P.C., at 5020 Sunrise highway, 2nd Floor, Massapequa Park, New York 11762, the attorneys for plaintiff herein, by enclosing true copies in a prepaid properly addressed envelope and depositing that envelope with United Parcel Service for overnight delivery.

                                                         *[signature]*
                                                          Michael Malloy

Sworn to before me this
27th day of August 2008

*[signature]*
Notary Public

KIM FITZGERALD
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 20___