UNITED STATES DISTRICT COURT
SOUTHERNN DISTRICT OF NEW YORK

| | |
|---|---|
| WOODBURY AUTOMOTIVE WAREHOUSE ENTERPRISES, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>GENUINE PARTS COMPANY, INC., D/B/A NATIONAL AUTOMOTIVE PARTS ASSOCIATION,<br><br>                              Defendant. | <u>AFFIDAVIT OF SERVICE</u><br><br>08 CV 7574 (DC) (KNF) |

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK  )

      Kim Fitzgerald, being duly sworn, deposes and says: that she is over eighteen years of age, that she is not a party to this action and that she is employed by Alston & Bird LLP, the attorneys for the defendant herein.

      On September 4, 2008, deponent served DEFENDANT GENUINE PARTS COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO VERIFIED COMPLAINT upon J. Ceasar Galarza of Galarza Law Office, P.C., at 5020 Sunrise highway, 2nd Floor, Massapequa Park, New York 11762, the attorneys for plaintiff herein, by enclosing a true copy in a prepaid properly addressed envelope and depositing that envelope with United Parcel Service for overnight delivery.

                                                                     _____
                                                                     Kim Fitzgerald

Sworn to before me this
4th day of September  2008

_____
Notary Public

        MICHAEL J. MALLOY
NOTARY PUBLIC, STATE OF NEW YORK
           NO. 41-4914497
    QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 27, 20_10_